No. 10–7316. JOHNSON v. SISTO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7319. MILLER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–7321. WILSON v. GOLDSTEIN. C. A. 7th Cir. Certiorari denied.

No. 10–7322. WILLIAMS v. GROUNDS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7325. HIRATA v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7327. MCCRACKEN v. FORD MOTOR CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7328. MANN v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–7329. PROTOPAPPAS v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7334. WHITE v. ADAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7336. CHOINSKI v. YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7338. CARSON v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–7340. BOOKER-EL v. WILSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 10–7342. GEIER v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–7347. ALLEN v. RELIANCE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 10–7355. ASHBAUGH v. YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.